UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                         ORDER

-  against –

                                         07Cr.815(HB)

KAMILJAN TURSUNOV,

                              Defendant.
------------------------------------------------------------X

      Upon the application of Richard Jasper, attorney for the above named defendant, and upon all the proceedings previously herein, the defendant Kamiljan Tursunov, being financially unable to pay the expenses of retaining the services of a Russian translator, and translation services are necessary to the adequate defense of the defendant in this proceeding; it is hereby

      ORDERED, pursuant to 18 U.S.C. 3006(A), that the translator Yana Agourcev, 232 West Street, Morris, CT 06763, is appointed in the above captioned case to provide translation of the criminal complaint in this case at a rate of 0.24 cents a word totaling $1,834.32.

Dated: New York, New York
          December ___, 2007

                                                  _____
                                                  Honorable Harold Baer

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07