**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**UNITED STATES OF AMERICA,**

                    **Plaintiff,**

            -against-                        **NOTICE OF MOTION**
                                            **07Cr.815(HB)**

**KAMILJAN TURSUNOV,**

                    **Defendant.**
------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the papers and proceedings that constitute the record to date, the undersigned Richard Jasper, Esq., counsel for Kamiljan Tursunov, will move this court, at the United States Courthouse, at 500 Pearl Street, New York, New York, at a time and date to be fixed by the Court for the following relief:

      1.    An order directing the government to provide advance notice of 404(b) material.

      2.    An order directing the government to provide all information that is material and favorable to the defendant pursuant to <u>Kyles v. Whitley</u>, 115 S.Ct. 1555 (1995), <u>Brady v. Maryland</u>, 373 U.S. 73 (1963), <u>Giglio v. United States</u>, 405 U.S. 150 (1972), <u>United States v. Bagley</u>, 473 U.S. 667 (1987) and their progeny.

      3.    Such other and further relief or to this court may seem just and proper.

Dated: New York, New York
          January 2, 2008

                                                                Respectfully submitted,

                                                                _____
                                                                 Richard Jasper
                                                                 276 Fifth Avenue, Suite 501
                                                                New York, New York 10001
                                                                (212) 689-3858