```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        -v-                         :    07 Cr. 815 (HB)

KAMILJAN TURSUNOV,                  :

                                    :
            Defendant.
- - - - - - - - - - - - - - - - - - - - x
```

**RESPONSE TO DEFENDANT KAMILJAN TURSUNOV'S MOTION**

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for the United States
                                    of America.

MICHAEL FARBIARZ
IRIS LAN
Assistant United States Attorneys
    - Of Counsel -



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

January 7, 2008

**BY ECF & BY HAND**

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Kamiljan Tursunov**
          **07 Cr. 815 (HB)**

Dear Judge Baer:

      The Government writes respectfully in response to defendant Kamiljan Tursunov's motion, dated January 4, 2008, for (1) notice of evidence which the Government intends to introduce at trial pursuant to Federal Rule of Evidence 404(b), at least three weeks prior to trial, and (2) Brady materials.

      The Government intends to provide notice of evidence pursuant to Rule 404(b) three weeks prior to trial.

      The Government recognizes its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.  To date, the Government is unaware of any Brady materials, but will provide timely disclosure if any such material comes to light.[1]  The Government will further provide material under Giglio v. United States, 405 U.S. 150, 154 (1972), and its progeny, in a timely manner for effective use at trial.  See United States v. Coppa,

---

[1] Based on the Government's representation, the Court does not need to order compliance with the Government's Brady obligations.  See United States v. Guttenberg, No. 07 Cr. 141 (DAB), 2007 WL 4115810, at *6 (S.D.N.Y. Nov. 14, 2007)(quoting United States v. Perez, 940 F. Supp. 540, 553 (S.D.N.Y. 1996)("Courts in this Circuit have repeatedly denied pretrial requests for discovery orders pursuant to Brady where the Government, as here, has made a good-faith representation to the court and defense counsel that it recognizes and has complied with its disclosure obligations under Brady")).

Honorable Harold Baer, Jr.
January 7, 2008
Page 2

267 F.3d 132, 135 (2d Cir. 2001).

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                By:    _____/s/_____
                            Michael Farbiarz/Iris Lan
                            Assistant United States Attorneys
                            (212) 637-1587/2263

cc:   Counsel to Manokhin
      Counsel to Derevianko
      Counsel to Tursunov